**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| TOWHEE A. SPARROW, JR., | * |
| Plaintiff, | * |
| v. | *   Case No. 1:16-CV-01394-CCB |
| CITY OF ANNAPOLIS (MD), et, al. | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE MOTION IN LIMINE

Defendants, City of Annapolis, Robert Reese II, Christopher Kintop, and Ralph Defalco, through undersigned counsel, respectfully submit this Motion for Leave to File Motion in Limine, and state as follows:

1. This Honorable Court set a deadline of March 30, 2018, for the filing of motions in limine. (ECF No. 34).

2. Plaintiff did not include in the March 30, 2018, Proposed Pretrial Order submitted by the parties that he planned to call Mario Alfredo Mireles Ruiz. (ECF No. 41)

3. In fact, Defendants' counsel was not informed of Plaintiff's intent to call Mr. Ruiz as a witness until Thursday, April 19, 2018, almost three weeks after the March 30, 2018, motions in limine deadline. (Exhibit 1).

4. Because Plaintiff's intent to call the above-mentioned witness became apparent only after the deadline for filing motions in limine, good cause exists to allow Defendants to file the attached Motion in Limine after the deadline earlier set by the Court.

5. The proposed Motion in Limine with incorporated memorandum in support is attached hereto as Exhibit 2.

WHEREFORE, Defendants respectfully request that this Honorable Court grant them leave to file a Motion in Limine.

                                          Respectfully Submitted,

                                          RICHARD H. MELNICK,
                                          CITY ATTORNEY

                                          ____/s/_____
                                          Gary M. Elson, Assistant City Attorney
                                          City of Annapolis Office of Law
                                          160 Duke of Gloucester Street
                                          Annapolis, Maryland 21401
                                          (410)263-7954, (410)268-3916 Fax
                                          gmelson@annapolis.gov
                                          Attorney for Defendants

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26th day of April, 2018, a copy of the foregoing Defendants' Motion for Leave to File Motion in Limine was served via electronic filing to:

H. Russell Smouse
Gregory R. Smouse
Roy L. Mason
502 Washington Avenue, Suite 710
Towson, MD 21204
410-269-6620
410-269-5452 (fax)
grs@smouse and mason.com
rlm@smouse and mason.com

Daryl D. Jones
306 Crain Highway North
Glen Burnie, MD 21061
410-768-9300
ddj@hsclaw.com

                                                                         __/s/_____
                                                                         Gary M. Elson