# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| TOWHEE A. SPARROW, JR., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:16-CV-01394-CCB |
| CITY OF ANNAPOLIS (MD), et, al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION IN LIMINE

Plaintiff Towhee A. Sparrow, Jr., by his attorneys, H. Russell Smouse, Gregory R. Smouse, Roy L. Mason, Charles G. Bernstein, and the law offices of Smouse & Mason, LLC, and Daryl D. Jones, and the law offices of Henault & Sysko, Chartered, hereby opposes Defendants' Motion for Leave to file Motion in Limine, and states as follows.

1. Defendants have no valid basis to seek leave of this Honorable Court to file a Motion in Limine 25 days before trial, which seeks to prevent Plaintiff from calling a material witness in this matter to assist the jury in their determination as to whether probable cause existed to arrest the Plaintiff or reasonable suspicion existed to detain the Plaintiff, whether legal justification existed to imprison the Plaintiff, and whether the officers' use of force was reasonable under the circumstances.

2. Defendants' basis for their Motion is the claim that counsel was not informed of Plaintiff's intent to call Mr. Ruiz as a witness until Thursday, April 19, 2018.

3. Mr. Ruiz, however, is the most important non-party to this case and Plaintiffs have made

1

that manifest from the beginning of the case to the present.  Plaintiff's Complaint and Amended Complaint, and all proceedings over the past two years, have been premised on mistaken identity.  Defendants now seek to file a Motion in Limine, despite Plaintiff's consistent stance that he was mistakenly identified from the inception of this case, including naming Mr. Ruiz in the Complaint, Amended Complaint, Answers to Interrogatories, Expert Reports, at depositions, throughout the summary judgment pleadings and in pretrial exhibits.

4. It is far from a surprise then that Plaintiff would support his theory of the case by calling Mr. Ruiz, the gentleman with whom this case begins and ends, to testify at trial.

5. Thus, Defendants' argument that they received a list of the Plaintiff's witnesses on it one month before trial is not a valid basis for leave to file a Motion in Limine.

6. In the event this Honorable Court accepts Defendants' untimely Motion in Limine, Plaintiff has attached a proposed opposition as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion for Leave to File Motion in Limine.

Respectfully Submitted,

SMOUSE & MASON, LLC

_____/s/_____
H. Russell Smouse (01637)
Gregory R. Smouse (24464)
Smouse & Mason, LLC
502 Washington Avenue, Suite 710
Towson, MD 21204
410-269-6620

410-991-4573 *facsimile*
grs@smouseandmason.com


_____/s/_____
Roy L. Mason (00922)
Smouse & Mason, LLC
502 Washington Avenue, Suite 710
Towson, MD 21204
410-269-6620
443-991-4573 *facsimile*
rlm@smouseandmason.com


_____/s/_____
Charles G. Bernstein (00710)
Smouse & Mason, LLC
502 Washington Avenue, Suite 710
Towson, MD 21204
410-269-6620
443-991-4573 *facsimile*


HENAULT & SYSKO, CHARTERED


\_\_\_\_/s/_____
Daryl D. Jones (24993)
Henault & Sysko, Chartered
306 Crain Highway North
Glen Burnie, MD 21061
410-768-9300
410-553-0498 *facsimile*
ddj@hsclaw.com

*Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 10th day of May, 2018, a copy of the foregoing Plaintiff's Opposition to Defendants' Motion for Leave to File Motion in Limine was served electronically via e-filing through CM/ECF system to the following persons:

Gary M. Elson, Esq.
Assistant City Attorney
City of Annapolis Office of Law
160 Duke of Gloucester Street
Annapolis, Maryland 21401
gmelson@annapolis.gov

Kerry E. Berger, Esq.
Attorney
City of Annapolis Office of Law
160 Duke of Gloucester Street
Annapolis, Maryland 21401
keberger@annapolis.gov

                                                _____/s/_____
                                                Roy L. Mason (00922)